UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | CRIMINAL ACTION NO. 4:09-cr-0336 |
| BRENT A. CARTER AND MICHAEL N. SWETNAM, JR. | § § § | |

## VERDICT OF THE JURY

COUNT ONE: CONSPIRACY

We, the jury, unanimously find the defendant BRENT CARTER ___Not Guilty___ ("Guilty" or "Not Guilty") of conspiracy to commit mail fraud, as charged in Count One.

We, the jury, unanimously find the defendant MICHAEL SWETNAM ___Not Guilty___ ("Guilty" or "Not Guilty") of conspiracy to commit mail fraud, as charged in Count One.

We, the jury, unanimously find the defendant BRENT CARTER ___Not Guilty___ ("Guilty" or "Not Guilty") of conspiracy to commit wire fraud, as charged in Count One.

We, the jury, unanimously find the defendant MICHAEL SWETNAM ___Not Guilty___ ("Guilty" or "Not Guilty") of conspiracy to commit wire fraud, as charged in Count One.

## COUNT TWO: MAIL FRAUD

We, the jury, unanimously find the defendant BRENT CARTER ___Not Guilty___ ("Guilty" or "Not Guilty") of Mail Fraud, as charged in Count Two.

We, the jury, unanimously find the defendant MICHAEL SWETNAM ___Not Guilty___ ("Guilty" or "Not Guilty") of Mail Fraud, as charged in Count Two.

## COUNT THREE: MAIL FRAUD

We, the jury, unanimously find the defendant BRENT CARTER ___Not Guilty___ ("Guilty" or "Not Guilty") of Mail Fraud, as charged in Count Three.

We, the jury, unanimously find the defendant MICHAEL SWETNAM ___Guilty___ ("Guilty" or "Not Guilty") of Mail Fraud, as charged in Count Three.

## COUNT FOUR: MAIL FRAUD

We, the jury, unanimously find the defendant BRENT CARTER ___Not Guilty___ ("Guilty" or "Not Guilty") of Mail Fraud, as charged in Count Four.

We, the jury, unanimously find the defendant MICHAEL SWETNAM ___Guilty___ ("Guilty" or "Not Guilty") of Mail Fraud, as charged in Count Four.

## COUNT FIVE: MAIL FRAUD

We, the jury, unanimously find the defendant BRENT CARTER __Not Guilty__ ("Guilty" or "Not Guilty") of Mail Fraud, as charged in Count Five.

We, the jury, unanimously find the defendant MICHAEL SWETNAM __Guilty__ ("Guilty" or "Not Guilty") of Mail Fraud, as charged in Count Five.

## COUNT SIX: MAIL FRAUD

We, the jury, unanimously find the defendant BRENT CARTER __Not Guilty__ ("Guilty" or "Not Guilty") of Mail Fraud, as charged in Count Six.

We, the jury, unanimously find the defendant MICHAEL SWETNAM __Not Guilty__ ("Guilty" or "Not Guilty") of Mail Fraud, as charged in Count Six.

## COUNT SEVEN: WIRE FRAUD

We, the jury, unanimously find the defendant BRENT CARTER __Not Guilty__ ("Guilty" or "Not Guilty") of Wire Fraud, as charged in Count Seven.

We, the jury, unanimously find the defendant MICHAEL SWETNAM ___Not Guilty___ ("Guilty" or "Not Guilty") of Wire Fraud, as charged in Count Seven.

COUNT EIGHT: WIRE FRAUD

We, the jury, unanimously find the defendant BRENT CARTER ___Not Guilty___ ("Guilty" or "Not Guilty") of Wire Fraud, as charged in Count Eight.

We, the jury, unanimously find the defendant MICHAEL SWETNAM ___Not Guilty___ ("Guilty" or "Not Guilty") of Wire Fraud, as charged in Count Eight.

COUNT NINE: WIRE FRAUD

We, the jury, unanimously find the defendant BRENT CARTER ___Not Guilty___ ("Guilty" or "Not Guilty") of Wire Fraud, as charged in Count Nine.

We, the jury, unanimously find the defendant MICHAEL SWETNAM ___Not Guilty___ ("Guilty" or "Not Guilty") of Wire Fraud, as charged in Count Nine.

___4/30/10___
Date

___[signature]___
Foreperson