CERTIFIED COPY

CAUSE NO. 2008-04-2584-E

| | | |
|---|---|---|
| VALLEY BAPTIST HEALTH SYSTEM | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| vs. | § | |
| MICHAEL N. SWETNAM, JR. Individually, and d/b/a SWETNAM INSURANCE SERVICES, and BRENT A. CARTER | § | CAMERON COUNTY, TEXAS |
| Defendants. | § | 357TH JUDICIAL DISTRICT |

## AGREED FINAL JUDGMENT

BE IT REMEMBERED that on this day came on to be heard the above-entitled and numbered cause that Plaintiff, Valley Baptist Health System, and Defendant, Michael N. Swetnam, Jr. Individually and d/b/a Swetnam Insurance Services, appeared by and through their counsel of record. A jury having been waived, all matters of fact as well as of law were submitted to the Court, and the Court was informed that the subject matter of the suit by Plaintiff, Valley Baptist Health System, had been compromised and settled by agreement between the Plaintiff and Defendant, and that under the terms of said agreement, the sum of ONE MILLION THREE HUNDRED THOUSAND THIRTEEN SEVEN HUNDRED NINETY EIGHT and 72/100 DOLLARS ($1,313,798.72) is to be paid by or on behalf of Defendant Michael N. Swetnam, Jr. Individually and d/b/a Swetnam Insurance Services, in full satisfaction of all claims against Defendant arising out of the incident referred to in Plaintiff's Sixth Amended Petition filed in this cause, including expenses of every kind and character.

**CERTIFIED COPY**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff shall have a judgment against Defendant in the amount of ONE MILLION THREE HUNDRED THOUSAND THIRTEEN SEVEN HUNDRED NINETY EIGHT and 72/100 DOLLARS ($1,313,798.72).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED by the Court that any and all relief pled by Plaintiff against Defendant not specifically granted herein is DENIED.

This is a final judgment.

Done at Brownsville, Texas, this ___8___ day of ___December___, 2011.

**BY THE COURT:**



FILED 11:40 O'CLOCK A.M.
AURORA DE LA GARZA, CLERK
DEC - 8 2011
DISTRICT COURT OF CAMERON COUNTY TEXAS



_____
JUDGE PRESIDING

Entered on the docket this _____ day of _____, 2011 by _____, Deputy Clerk.

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY TEXAS
DATE 12-8-11
BY _____ DEPUTY

[District Court Cameron County, Texas seal]

---

AGREED FINAL JUDGMENT    PAGE 2

AGREED:

*signature*

Chris Hanslik
State Bar No. 00793895
Matthew S. Veech
State Bar No. 24000372
Andrew Pearce
State Bar No. 24060400
4265 San Felipe, Suite 1200
Houston, Texas 77027
(713) 850-7766 (Telephone)
(713) 552-1758 (Facsimile)

Benigno (Trey) Martinez
Law Office of Benigno (Trey)Martinez
1201 E. Van Buren
Brownsville, TX 78520
(956) 546-7159 (Telephone)
(956) 544-0602 (Fax)

*ATTORNEYS FOR PLAINTIFF VALLEY BAPTIST HEALTH SYSTEM*

*signature*

Joel Cruz Resendez
Rene L. Obregon
Chaves, Resendez & Rivero, L.L.P.
2100 Frost Bank Plaza
802 North Carancahua
Corpus Christi, TX 78470

*ATTORNEY FOR MICHAEL N. SWTNAM, JR., INDIVIDUALLY AND DOING BUSINESS AS SWETNAM INSURANCE SERVICES*