UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES** | § | |
| | § | |
| vs. | § | **Crim. No. 4:09-CR-00336-2** |
| | § | |
| **MICHAEL SWETNAM** | § | |

ORDER ON
OPPOSED MOTION TO REFORM RESTITUTION ORDER

**IT IS ORDERED** that this Motion is hereby:

_____ GRANTED

_____ DENIED.

**OR**

**IT IS ORDERED** that Motion is hereby set for hearing on _____, June, 2012 at _____ __p.

SIGNED June _____, 2012.

_____
HONORABLE KEITH P. ELLISON